**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL REED DORROUGH** )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>)<br>ON HABEAS CORPUS, )<br>)<br>Respondent. )<br>)<br>_____ ) | 1:07-cv-0397-AWI WMW HC<br><br>**ORDER GRANTING PETITIONER'S MOTION TO NAME PROPER RESPONDENT AND DIRECTING CLERK OF COURT TO CORRECT NAMED RESPONDENT**<br><br>[Doc. 5] |

On April 5, 2007, the court entered an order requiring Petitioner to name the proper respondent in this case.  In response, on May 1, 2007, Petitioner filed a motion requesting to name W. J. Sullivan, Warden, as the respondent in this case.  Good cause appearing, Petitioner's motion is HEREBY GRANTED and the Clerk of the Court is DIRECTED to correct the docket in this case to reflect W. J. Sullivan, Warden, as the respondent.

IT IS SO ORDERED.

Dated:   May 16, 2007                         /s/  William M. Wunderlich

UNITED STATES MAGISTRATE JUDGE